**Order entered August 30, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00427-CR

**INOCENTE GARCIA CASTRO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5
Dallas County, Texas
Trial Court Cause No. F17-76601-L**

## ORDER

Before the Court is appellant's August 27, 2019 second motion to extend the time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief filed on or before September 30, 2019. If appellant's brief is not filed by September 30, 2019, this appeal may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8.

/s/      ROBERT D. BURNS, III
CHIEF JUSTICE